HANNAH A. WHITE v. JOHN E. HOLMBERG.[1]

June 29, 1897.

Nos. 10,606—(212).

Plaintiff brought two actions in the municipal court for Minneapolis, one for the conversion by defendant of $79.50 claimed to belong to plaintiff, and the other for the replevin of certain personal property also claimed to be owned by plaintiff. The same question

[1] Reported in 71 N. W. 1119.

was involved in each case, and by consent of the parties the two actions were tried together. There was a verdict for plaintiff. From an order, W. A. Kerr, J., denying defendant's motion for a new trial, he appealed. Affirmed.

*Merrick & Merrick*, for appellant.

*Cobb & Wheelwright*, for respondent.

PER CURIAM.

We find no error in the record. The assignments of error raise no questions of sufficient substance to entitle them to special notice.